

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-18-00174-CR |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | |
| | § | 112th Judicial District Court |
| LESA GAIL BURNETT, | § | |
| | § | of Crockett County, Texas |
| Appellee. | § | |
| | | (TC#17-11-02996-CR) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no reversible error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF DECEMBER, 2019.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.